# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 757 | **DATE** | 10/15/2007 |
| **CASE TITLE** | Thomas vs. Dahlberg, et al. | | |

**DOCKET ENTRY TEXT**

Hearing on motion for sanctions held and concluded. Motion is granted as to City of Chicago for the reasons stated in open court; sanction is imposed consisting of reasonable attorney's fees and costs occasioned by failure to turn over the "contact card" with the City's initial disclosures or sooner. Request to advise jury at trial of non-production is taken under advisement. Rule to show cause as to Marcel Benavides, Shauntelle Reynolds, Nathalina Hudson, Stacy Benjamin, and Megan McGrath is discharged. Plaintiff is granted leave to file third amended complaint, naming new defendants, by 10/22/07, with summons to issue. Parties are directed to cooperate in scheduling discovery from newly added defendants as promptly as possible. Status hearing is set to 11/5/07 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|